B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Utah

In re  Troy B. Morgan and Michele T. Morgan  ,   Case No.  15-20228

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| US BANK TRUST N.A., AS TRUSTEE OF THE IGLOO SERIES III TRUST | WILMINGTON TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services, Inc.
314 South Franklin Street
Titusville, PA 16354

Court Claim # (if known):  3-1
Amount of Claim:  $250,688.32
Date Claim Filed:  05/20/2015

Phone:  (800) 327-7861
Last Four Digits of Acct #:  0436

Phone:  (800) 365-7107
Last Four Digits of Acct. #:  8182

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services, Inc.
P.O. Box 517
Titusville, PA 16354
Phone:  (800) 327-7861
Last Four Digits of Acct #:  0436

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kenyon D. Dove                           Date: 03/06/2018
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

```
                                                    12686050
                                                    12/26/2017 12:12:00 PM $14.00
                                                    Book - 10633 Pg - 139-141
                                                    ADAM GARDINER
                                                    Recorder, Salt Lake County, UT
                                                    MERIDIAN ASSET SERVICES
                                                    BY: eCASH, DEPUTY - EF 3 P.
```

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, Inc.
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

APN/PIN# 26-35-453-007

Space above for Recorder's use

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST**, whose address is 1100 NORTH MARKET STREET, WILMINGTON, DE 19890, (ASSIGNOR), does hereby grant, assign and transfer to **US BANK TRUST N.A., AS TRUSTEE OF THE IGLOO SERIES III TRUST**, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: 6/8/2007
Original Loan Amount: $229,600.00
Executed by (Borrower(s)): TROY MORGAN & MICHELLE MORGAN
Original Trustee: UTAH STANDARD TITLE
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST FRANKLIN FINANCIAL CORP., AN OP. SUB. OF MLB&T CO., FSB, ITS SUCCESSORS AND ASSIGNS
Filed of Record: In Book 9479, Page 9513,
Document/Instrument No: 10137288 in the Recording District of SALT LAKE, UT, Recorded on 6/19/2007.

Legal Description: SEE EXHIBIT "A" ATTACHED
Property more commonly described as: 13342 S SHAUNA LANE, HERRIMAN, UTAH 84096

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 12/7/2017

WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST, BY NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING, AS ATTORNEY IN FACT

BY: CYNTHIA MICHELLE BROCK
Title: MANAGER

Witness Name: Rachelle Boyd

---

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

---

State of SC
County of Greenville

On 12/7/2017, before me, Tomecka Barksdale, a Notary Public, personally appeared CYNTHIA MICHELLE BROCK, MANAGER of/for NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING, AS ATTORNEY IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of SC that the foregoing paragraph is true and correct. I further certify CYNTHIA MICHELLE BROCK, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): Tomecka Barksdale
My commission expires: 2/5/2025

TOMECKA BARKSDALE
Notary Public, State of South Carolina
My Commission Expires 2/5/2025

EXHIBIT "A"

Lot 722, Estate at Rose Creek Phase 7A, according to the Official Plat thereof on file and of record in the Salt Lake County Recorder's Office.

The following is shown for information purposes only: 26-35-453-007